# United States District Court

## Southern District of Georgia

HAILEY PEARSON,

_____
Plaintiff

v.   HIDE N SEEK TOWING & RECOVERY, LLC,

_____
Defendant

Case No.   1:25-cv-00044-JRH-BKE

Appearing on behalf of

Hailey Pearson - Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This   19th   day of   March   ,   2025   .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Yitzchak Zelman

Business Address:   Marcus & Zelman, LLC
                    Firm/Business Name

701 Cookman Avenue, Suite 300
Street Address

_____   Asbury Park   NJ   07712
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

Address Line 2   City   State   Zip

(732) 695-3282                          N/A
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   yzelman@marcuszelman.com