IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| HAILEY PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-044 |
| | ) | |
| HIDE N SEEK TOWING & RECOVERY, | ) | |
| LLC, and MVTRAC, LLC, a/k/a | ) | |
| MVConnect, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court are two notices of settlement, in which the parties state they have reached a settlement agreement for all claims against all parties in this case. (Doc. nos. 27, 28.) Pursuant to that agreement, the parties request a sixty-day stay of case deadlines to allow the parties to execute the settlement and file a Stipulation of Dismissal. (Id.) Upon consideration, the Court **GRANTS** the parties' request and **STAYS** case deadlines for settlement negotiations through and including March 23, 2026. The parties shall advise the Court as to the status of the case by no later than March 30, 2026, and if the case is not resolved, the parties shall submit a joint proposed Amended Scheduling Order by that same date.

SO ORDERED this 26th day of January, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA