IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| HAILEY PEARSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 125-044 |
| | * | |
| HIDE N SEEK TOWING & RECOVERY, | * | |
| LLC and MVTRAC, LLC a/k/a | * | |
| MVCONNECT, LLC, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 31.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this ⟨2nd⟩ day of April, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA